JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation;<br>　　　　Plaintiff(s),<br>　vs.<br>SHOSHO FASHION, INC., a California Corporation; ROSS STORES, INC., d/b/a DD'S DISCOUNTS, a Delaware Corporation; and DOES 1-10, inclusive,<br>　　　　Defendant(s). | Case No.: CV 17-219-DMG (Ex)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE [28]** |

The parties having so stipulated and agreed [Doc. # 28],

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice without an award of costs or fees to any party. All scheduled dates and deadlines are VACATED.

DATED: July 12, 2017

　　　　　　　　　　　　　　　　　/s/ Dolly M. Gee
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

- 1 -